IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40215
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAI XAVIER CHANEY,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-76-1
- - - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Jai Xavier Chaney has filed a
motion to withdraw and a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Although he was informed of
counsel's motion, Chaney has not responded.

     Our independent review of the brief and the record discloses
no nonfrivolous issue.  Accordingly, counsel's motion to withdraw
is GRANTED, and the appeal is DISMISSED.  See 5th Cir. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.